EMMA MANN WRAY, APPELLANT, v. ELIAS BERTRAM MOTT AND NEW YORK TELEPHONE COMPANY, RESPONDENTS.

Argued March 6, 1913—Decided May 9, 1913.

On appeal from the Supreme Court, whose opinion is reported in 54 *Vroom* 110.

For the appellant, *Charlton A. Reed.*

For the respondent, *Edward A. & William T. Day.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of Mr. Justice Parker.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, JJ. 11.

*For reversal*—None.